No. 6543. DARDEN v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that certiorari should be granted.

No. 1686, Misc., October Term, 1969. DELESPINE v. BETO, CORRECTIONS DIRECTOR, 397 U. S. 1030. Motion for leave to file petition for rehearing denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 949. RUBINO v. UNITED STATES, ante, p. 910;

No. 5537. FURGISON v. IOWA, 400 U. S. 994;

No. 6007. HALLEY v. UNITED STATES ET AL., ante, p. 905;

No. 6118. HALLEY v. UNITED STATES, ante, p. 916; and

No. 6074. CURTIS v. UNITED STATES, ante, p. 915. Petitions for rehearing denied.

No. 714. ZEZOFF v. UNITED STATES, 400 U. S. 957. Motion to dispense with printing motion for leave to file petition for rehearing granted. Motion for leave to file petition for rehearing denied.

APRIL 5, 1971

No. 1252. PRATZ ET AL. v. LOUISIANA POLYTECHNIC INSTITUTE ET AL. Affirmed on appeal from D. C. W. D. La. MR. JUSTICE DOUGLAS, MR. JUSTICE BRENNAN, and MR. JUSTICE MARSHALL are of the opinion that the question of jurisdiction should be postponed to hearing on the merits and case set for oral argument.